ORIGINAL

| | |
|---|---|
| 1 | H. CHRISTIAN L'ORANGE (State Bar No. 71730) |
| 2 | S. FEY EPLING (State Bar No. 190025)<br>DRINKER BIDDLE & REATH LLP |
| 3 | 50 Fremont Street, 20th Floor<br>San Francisco, California 94105-2235 |
| 4 | Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510 |
| 5 | E-mail: christian.lorange@dbr.com<br>E-mail: fey.epling@dbr.com |
| 6 | Attorneys for Defendant |
| 7 | AXA EQUITABLE LIFE INSURANCE COMPANY |

FILED
08 MAR 26 PM 12: 41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FAXED

AXA EQUITABLE LIFE INSURANCE COMPANY,

    Plaintiff,

v.

H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC and DAWSON & OZANNE, as Trustee of Alvin Fischbach Irrevocable Trust,

    Defendants.

Case No. 08 CV 0569 BTM BLM

**TABLE OF EXHIBITS IN SUPPORT OF COMPLAINT FOR DECLARATORY JUDGMENT**

In accordance with Civil Local Rule 5.1(e), Plaintiff, AXA Equitable Life Insurance Company ("AXA Equitable"), submits the following compilation of exhibits in support of its Complaint for Declaratory Judgment.

///
///
///
///
///
///

# TABLE OF EXHIBITS TO COMPLAINT FOR DECLARATORY JUDGMENT

| | | |
|---|---|---|
| **Exhibit A** | The Application | Pages 1-8 |
| **Exhibit B** | The Policy | Pages 9-39 |
| **Exhibit C** | The Delivery Receipt | Pages 40-41 |
| **Exhibit D** | Complaint: *SEC v. Lydia Capital, LLC* | Pages 42-51 |
| **Exhibit E** | Amended SEC Complaint | Pages 52-85 |

Dated: March 25, 2008

*[signature]*

H. CHRISTIAN L'ORANGE (SBN 71730)
S. FEY EPLING (SBN 190025)
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: christian.lorange@dbr.com
E-mail: fey.epling@dbr.com

Attorneys for Plaintiff
AXA EQUITABLE LIFE INSURANCE COMPANY

*Of Counsel*

STEPHEN C. BAKER
STEPHEN A. SERFASS
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700