H. CHRISTIAN L'ORANGE (State Bar No. 71730)
S. FEY EPLING (State Bar No. 190025)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: christian.lorange@dbr.com
E-mail: fey.epling@dbr.com

Attorneys for Defendant
AXA EQUITABLE LIFE INSURANCE COMPANY

FILED
08 MAR 26 PM 12:41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC and DAWSON & OZANNE, as Trustee of Alvin Fischbach Irrevocable Trust,<br><br>　　　　　Defendants. | Case No. 08 CV 0569 BTM BLM<br><br>**AXA EQUITABLE LIFE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1** |

///

///

///

ORIGINAL

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SFI\397459\1

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned
2  counsel for AXA Equitable Life Insurance Company files this disclosure statement.
3  AXA Equitable Life Insurance Company, a non-governmental corporate entity, is a
4  wholly-owned subsidiary of AXA Equitable Financial Services, LLC, which in turn is
5  wholly owned by AXA Financial, Inc., which is wholly owned by AXA, S.A. ("AXA"),
6  an entity organized under the laws of the Republic of France. The principal trading
7  market for AXA's ordinary shares is the Premier March of the Euronext Paris S.A.
8  AXA's American Depository Shares and Receipts are listed on the New York Stock
9  Exchange.

10  Dated: March 25, 2008

H. CHRISTIAN L'ORANGE (SBN 71730)
S. FEY EPLING (SBN 190025)
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: christian.lorange@dbr.com
E-mail: fey.epling@dbr.com

Attorneys for Plaintiff
AXA EQUITABLE LIFE INSURANCE COMPANY

*Of Counsel*

STEPHEN C. BAKER
STEPHEN A. SERFASS
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\397459\1

AXA'S CORPORATE DISCLOSURE STATEMENT

2

CASE NO.