H. CHRISTIAN L'ORANGE (State Bar No. 71730)
S. FEY EPLING (State Bar No. 190025)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: christian.lorange@dbr.com
E-mail: fey.epling@dbr.com

Attorneys for Plaintiff
AXA EQUITABLE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC, and DAWSON & OZANNE, as Trustee of the Alvin Fischbach Irrevocable Trust,<br><br>Defendants. | Case No. 3:08-cv-00569-BTM-BLM<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT DAWSON & OZANNE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF AXA EQUITABLE LIFE INSURANCE COMPANY'S COMPLAINT** |

Plaintiff, AXA Equitable Life Insurance Company ("AXA Equitable"), and Defendant, Dawson & Ozanne, hereby submit this Joint Motion for Extension of Time for Defendant Dawson & Ozanne to Answer or Otherwise Respond to Plaintiff's Complaint, and in support thereof, aver as follow:

1. On March 26, 2008, AXA Equitable filed its Complaint against H. Thomas Moran, II, Court-Appointed Receiver of Lydia Capital, LLC, and Dawson & Ozanne, as Trustee of the Alvin Fischbach Irrevocable Trust.

2. On April 30, 2008, counsel for Dawson & Ozanne signed a Waiver of Service of

1  Summons and agreed to answer or otherwise respond to AXA Equitable's
2  Complaint by May 27, 2008.

3. On May 1, 2008, counsel for Defendant H. Thomas Moran, II, Court- Appointed Receiver of Lydia Capital, LLC ("Mr. Moran"), provided counsel for AXA Equitable with information in his possession relating to the underlying claims.

4. On May 9, 2008, counsel for AXA Equitable provided counsel for Mr. Moran with information in its possession relating to the underlying claims.

5. Based on the information exchanged by AXA Equitable and Mr. Moran, AXA Equitable intends to amend its Complaint within the next thirty (30) days.

6. Furthermore, in order for AXA Equitable to further evaluate the underlying claims at issue in light of the exchange of information, AXA Equitable and Dawson & Ozanne respectfully move this Court for an extension of thirty (30) days for Dawson & Ozanne to answer or otherwise reply to AXA Equitable's Complaint.

7. Neither AXA Equitable nor Dawson & Ozanne have previously moved for an extension of time for Dawson & Ozanne to answer or otherwise respond to AXA Equitable's Complaint.

///
///
///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400541\1

1  WHEREFORE, AXA Equitable Life Insurance Company and Dawson & Ozanne, respectfully request this Court grant their Joint Motion for Extension of Time for Defendant Dawson & Ozanne to Answer or Otherwise Respond to Plaintiff's Complaint.

Dated: May __, 2008

/s/ James A. Tabb

JAMES A. TABB (SBN 208188)
McKenna Long & Aldridge LLP
750 B Street, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-5433
Facsimile: (619) 595-5450
E-mail: jtabb@mckennalong.com

Attorneys for Defendant
DAWSON & OZANNE

/s/ S. Fey Epling

H. CHRISTIAN L'ORANGE (SBN 71730)
S. FEY EPLING (SBN 190025)
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, California  94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: christian.lorange@dbr.com
E-mail: fey.epling@dbr.com

Attorneys for Plaintiff
AXA EQUITABLE LIFE INSURANCE COMPANY

*Of Counsel*
STEPHEN C. BAKER
STEPHEN A. SERFASS
JARROD D. SHAW
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996
Telephone: (215) 988-2700