# UNITED STATES DISTRICT COURT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC and DAWSON & OZANNE, as Trustee of the Alvin Fischbach Irrevocable Trust,<br><br>Defendants. | Case No. 08-CV-0569-BTM (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT DAWSON & OZANNE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF AXA EQUITABLE LIFE INSURANCE COMPANY'S COMPLAINT** |

PURSUANT TO THE JOINT MOTION OF THE PARTIES, the Court hereby orders that the time for DAWSON & OZANNE, as Trustee of the Alvin Fischbach Irrevocable Trust to answer or otherwise respond to plaintiff's complaint is extended for thirty (30) days.

**IT IS SO ORDERED.**

Dated: May 27, 2008

Hon. Barry Ted Moskowitz
United States District Court,
Southern District of California