UNITED STATES DISTRICT COURT OF CALIFORNIA

SOUTHERN DIVISION

AXA EQUITABLE LIFE INSURANCE COMPANY,

　　　　Plaintiff,

　　v.

H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC and DAWSON & OZANNE, as Trustee of the Alvin Fischbach Irrevocable Trust,

　　　　Defendants.

Case No. 08-CV-0569-BTM (BLM)

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT H. THOMAS MORAN II TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF AXA EQUITABLE LIFE INSURANCE COMPANY'S COMPLAINT**

PURSUANT TO THE JOINT MOTION OF THE PARTIES, the Court hereby orders that the time for H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC to answer or otherwise respond to plaintiff's complaint is extended for thirty (30) days.

**IT IS SO ORDERED.**

Dated: May 27, 2008

　　　　　　　　　　　　　　　　　　　　　　　Hon. Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　　United States District Court,
　　　　　　　　　　　　　　　　　　　　　　　Southern District of California

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400531\1    ORDER GRANTING EXTENSION OF TIME TO PLEAD    CASE NO. 08-CV-0569-BTM (BLM)