H. CHRISTIAN L'ORANGE (State Bar No. 71730)
S. FEY EPLING (State Bar No. 190025)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: christian.lorange@dbr.com
E-mail: fey.epling@dbr.com

Attorneys for Plaintiff
AXA EQUITABLE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC, and DAWSON & OZANNE, as Trustee of the Alvin Fischbach Irrevocable Trust,<br><br>Defendants. | Case No. 3:08-cv-00569-BTM (BLM)<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT DAWSON & OZANNE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF AXA EQUITABLE LIFE INSURANCE COMPANY'S COMPLAINT** |

Plaintiff AXA Equitable Life Insurance Company ("AXA Equitable") and Defendant Dawson & Ozanne hereby submit this Joint Motion for Extension of Time for Defendant Dawson & Ozanne to Answer or Otherwise Respond to Plaintiff's Complaint, and in support thereof, aver as follow:

1. On March 26, 2008, AXA Equitable filed its Complaint in this action.

2. On April 30, 2008, counsel for Dawson & Ozanne signed a Waiver of Service of Summons and agreed to answer or otherwise respond to AXA Equitable's Complaint by May 27, 2008.

3. On May 1, 2008, counsel for Defendant H. Thomas Moran, II, Court- Appointed

1  Receiver of Lydia Capital, LLC ("Mr. Moran"), provided counsel for AXA
2  Equitable with information in his possession relating to the underlying claims.
3  4. On May 9, 2008, counsel for AXA Equitable provided counsel for Mr. Moran with
4  information in its possession relating to the underlying claims.
5  5. Based on the information exchanged by AXA Equitable and Mr. Moran, AXA Equitable
6  intends to amend its Complaint.
7  6. In this light, and in order to allow the parties additional time to evaluate and
8  discuss the underlying claims at issue, AXA Equitable and Dawson & Ozanne
9  respectfully move this Court for an extension until July 10, 2008 for Dawson &
10  Ozanne to answer or otherwise respond to AXA Equitable's Complaint.
11  7. AXA Equitable and Dawson & Ozanne have previously requested a 30-day
12  extension of time for Dawson & Ozanne to answer or otherwise respond to AXA
13  Equitable's Complaint, which was granted on May 28, 2008.
14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

WHEREFORE, AXA Equitable Life Insurance Company and Dawson & Ozanne respectfully request that the Court grant this Joint Motion for an extension until July 10, 2008 for Defendant Dawson & Ozanne to answer or otherwise respond to Plaintiff's Complaint.

Dated: June 24, 2008

/s/ James A. Tabb
JAMES A. TABB (SBN 208188)
McKenna Long & Aldridge LLP
750 B Street, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-5433
Facsimile: (619) 595-5450
E-mail: jtabb@mckennalong.com

Attorneys for Defendant
DAWSON & OZANNE

/s/ S. Fey Epling
H. CHRISTIAN L'ORANGE (SBN 71730)
S. FEY EPLING (SBN 190025)
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: christian.lorange@dbr.com
E-mail: fey.epling@dbr.com

Attorneys for Plaintiff
AXA EQUITABLE LIFE INSURANCE COMPANY

*Of Counsel*
STEPHEN C. BAKER
STEPHEN A. SERFASS
JARROD D. SHAW
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700