H. CHRISTIAN L'ORANGE (State Bar No. 71730)
S. FEY EPLING (State Bar No. 190025)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California  94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: christian.lorange@dbr.com
E-mail: fey.epling@dbr.com

Attorneys for Plaintiff
AXA EQUITABLE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC, and DAWSON & OZANNE, as Trustee of the Alvin Fischbach Irrevocable Trust,<br><br>Defendants. | Case No. 3:08-cv-0569-BTM (BLM)<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT H. THOMAS MORAN TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF AXA EQUITABLE LIFE INSURANCE COMPANY'S COMPLAINT** |

Plaintiff AXA Equitable Life Insurance Company ("AXA Equitable") and Defendant H. Thomas Moran II, Court-Appointed Receiver of Lydia Capital, LLC ("Mr. Moran"), hereby submit this Joint Motion for Extension of Time for Defendant Mr. Moran to Answer or Otherwise Respond to Plaintiff's Complaint, and in support thereof, aver as follow:

1. On March 26, 2008, AXA Equitable filed its Complaint in this action.

2. On March 26, 2008, counsel for Mr. Moran signed a Waiver of Service of Summons and agreed to answer or otherwise respond to AXA Equitable's

1    Complaint by May 27, 2008.

2    3.   On May 1, 2008, counsel for Defendant H. Thomas Moran, II, Court- Appointed

3         Receiver of Lydia Capital, LLC ("Mr. Moran"), provided counsel for AXA

4         Equitable with information in his possession relating to the underlying claims.

5    4.   On May 9, 2008, counsel for AXA Equitable provided counsel for Mr. Moran with

6         information in its possession relating to the underlying claims.

7    5.   Based on the information exchanged by AXA Equitable and Mr. Moran, AXA Equitable

8         intends to amend its Complaint.

9    6.   In this light, and in order to allow the parties additional time to evaluate and

10        discuss the underlying claims at issue, AXA Equitable and Mr. Moran respectfully

11        move this Court for an extension until July 16, 2008 for Mr. Moran to answer or

12        otherwise respond to AXA Equitable's Complaint.

13   7.   AXA Equitable and Mr. Moran have previously requested a 30-day extension of

14        time for Mr. Moran to answer or otherwise respond to AXA Equitable's

15        Complaint, which was granted on May 28, 2008.

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

1       WHEREFORE, AXA Equitable Life Insurance Company and H. Thomas Moran

2   II, Court-Appointed Receiver of Lydia Capital, LLC, respectfully request that the Court

3   grant this Joint Motion for an extension until July 16, 2008 for Defendant H. Thomas

4   Moran II to answer or otherwise respond to Plaintiff's Complaint.

5

6   Dated: June 26, 2008

7

8   /s/ Richard Max Valdez                          /s/ S. Fey Epling

9   RICHARD MAX VALDEZ                          H. CHRISTIAN L'ORANGE (SBN 71730)
    Sandler Lasry Laube Byer and Valdez          S. FEY EPLING (SBN 190025)
10  402 West Broadway                            Drinker Biddle & Reath LLP
    Suite 1700                                   50 Fremont Street, 20th Floor
11  San Diego, CA 92101                          San Francisco, California  94105-2235
    Telephone: (619) 235-5655                    Telephone: (415) 591-7500
12  Facsimile: (619) 235-5648                    Facsimile: (415) 591-7510
    E-mail: rvaldez@sllbv.com                    E-mail: christian.lorange@dbr.com
                                                 E-mail: fey.epling@dbr.com
13
    MELVIN R. MCVAY
14  SHANNON K. EMMONS                            Attorneys for Plaintiff
    Phillips McFall McCaffrey McVay &            AXA EQUITABLE LIFE INSURANCE
15  Murray PC                                    COMPANY
    Corporate Tower
16  101 North Robinson                           *Of Counsel*
    13th Floor
17  Oklahoma City, OK 73102                          STEPHEN C. BAKER
    Telephone: (405) 235-4100                        STEPHEN A. SERFASS
18  Facsimile: (405) 235-4133                        JARROD D. SHAW
    E-mail: mrmcvay@phillipsmcfall.com           DRINKER BIDDLE & REATH LLP
19  E-mail: skemmons@phillipsmcfall.com          One Logan Square

20  Attorneys for Defendant                      18th & Cherry Streets
    H. THOMAS MORAN II, Court-                   Philadelphia, PA  19103-6996
21  Appointed Receiver for Lydia Capital, LLC    Telephone: (215) 988-2700

22

23

24

25

26

27

28