1
2
3
4
5
6
7
8             UNITED STATES DISTRICT COURT OF CALIFORNIA
9                          SOUTHERN DIVISION
10

11   AXA EQUITABLE LIFE INSURANCE
     COMPANY,                                 Case No. 3:08-cv-0569-BTM (BLM)
12
                      Plaintiff,              **ORDER GRANTING JOINT
13                                            MOTION FOR EXTENSION OF
               v.                             TIME FOR DEFENDANT H.
14                                            THOMAS MORAN II TO ANSWER
     H. THOMAS MORAN, II, Court-              OR OTHERWISE RESPOND TO
15   Appointed Receiver of LYDIA              PLAINTIFF AXA EQUITABLE
     CAPITAL, LLC and DAWSON &                LIFE INSURANCE COMPANY'S
16   OZANNE, as Trustee of the Alvin          COMPLAINT**
     Fischbach Irrevocable Trust,
17
                      Defendants.
18

19          PURSUANT TO THE JOINT MOTION OF THE PARTIES, the Court

20   hereby orders that the time for H. Thomas Moran II, Court-Appointed Receiver of

21   Lydia Capital, LLC, to answer or otherwise respond to plaintiff's complaint is

22   extended until July 16, 2008.

23          **IT IS SO ORDERED.**

24
25   Dated:  July 1, 2008
26                                            _____
                                              Hon. Barry Ted Moskowitz
27                                            United States District Court,
                                              Southern District of California
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\400531\1        ORDER GRANTING EXTENSION OF TIME TO PLEAD        CASE NO. 08-CV-0569-BTM (BLM)