H. CHRISTIAN L'ORANGE (State Bar No. 71730)
S. FEY EPLING (State Bar No. 190025)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: christian.lorange@dbr.com
E-mail: fey.epling@dbr.com

Attorneys for Plaintiff
AXA EQUITABLE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT OF CALIFORNIA

SOUTHERN DIVISION

| AXA EQUITABLE LIFE INSURANCE COMPANY, | Case No. 3:08-cv-00569-BTM (BLM) |
|---|---|
| Plaintiff, | |
| v. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS H. THOMAS MORAN, II, COURT-APPOINTED RECEIVER OF LYDIA CAPITAL, LLC, AND DAWSON & OZANNE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF AXA EQUITABLE LIFE INSURANCE COMPANY'S COMPLAINT** |
| H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC, and DAWSON & OZANNE, as Trustee of the Alvin Fischbach Irrevocable Trust, | |
| Defendants. | |

Plaintiff AXA Equitable Life Insurance Company ("AXA Equitable") and Defendants H. Thomas Moran, II, Court-Appointed Receiver of Lydia Capital, LLC ("Mr. Moran"), and Dawson & Ozanne hereby submit this Joint Motion for Extension of Time for Defendants Mr. Moran and Dawson & Ozanne to Answer or Otherwise Respond to Plaintiff's Complaint, and in support thereof, aver as follow:

1. On March 26, 2008, AXA Equitable filed its Complaint in this action.
2. On March 26, 2008, counsel for Mr. Moran signed a Waiver of Service of

Summons and agreed to answer or otherwise respond to AXA Equitable's Complaint by May 26, 2008. On April 30, 2008, counsel for Dawson & Ozanne signed a Waiver of Service of Summons and agreed to answer or otherwise respond to AXA Equitable's Complaint by May 27, 2008.

3. On May 1, 2008, counsel for Mr. Moran, provided counsel for AXA Equitable with information in his possession relating to the underlying claims.

4. On May 9, 2008, counsel for AXA Equitable provided counsel for Mr. Moran with information in its possession relating to the underlying claims.

5. Based on information exchanged by AXA Equitable and Defendants, AXA Equitable intends to amend its Complaint. In addition, the parties have been meeting and conferring, and are planning a settlement conference on or about August 6, 2008, the earliest mutually agreeable date, which may lead to a resolution of the issues presented in the litigation. Therefore, an extension of time for the defendants to respond to the complaint will allow for a more meaningful settlement discussion.

6. In this light, and in order to allow the parties additional time to evaluate and discuss the underlying claims at issue, AXA Equitable, Mr. Moran, and Dawson & Ozanne respectfully move this Court for an extension until August 29, 2008 for Mr. Moran and Dawson & Ozanne to answer or otherwise respond to AXA Equitable's Complaint.

7. AXA Equitable, Mr. Moran and Dawson & Ozanne have previously requested, and the Court has granted, extensions for the defendants to answer or otherwise respond to AXA Equitable's Complaint.

/ / /

/ / /

/ / /

WHEREFORE, AXA Equitable Life Insurance Company, Mr. Moran, and Dawson & Ozanne respectfully request that the Court grant this Joint Motion for an extension until August 29, 2008 for Defendants Mr. Moran and Dawson & Ozanne to answer or otherwise respond to Plaintiff's Complaint.

Dated: July __, 2008

/s/ James A. Tabb

JAMES A. TABB (SBN 208188)
McKenna Long & Aldridge LLP
750 B Street, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-5433
Facsimile: (619) 595-5450
E-mail: jtabb@mckennalong.com

Attorneys for Defendant
DAWSON & OZANNE

/s/ S. Fey Epling

H. CHRISTIAN L'ORANGE (SBN 71730)
S. FEY EPLING (SBN 190025)
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
E-mail: christian.lorange@dbr.com
E-mail: fey.epling@dbr.com

Attorneys for Plaintiff
AXA EQUITABLE LIFE INSURANCE COMPANY

*Of Counsel*
STEPHEN C. BAKER
STEPHEN A. SERFASS
JARROD D. SHAW
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700

/s/ Richard Max Valdez

_____
RICHARD MAX VALDEZ
Sandler Lasry Laube Byer and Valdez
402 West Broadway
Suite 1700
San Diego, CA 92101
Telephone: (619) 235-5655
Facsimile: (619) 235-5648

Admitted *pro hac vice:*

MELVIN R. MCVAY
SHANNON K. EMMONS

Attorneys for Defendant
H. THOMAS MORAN II, Court-Appointed Receiver for Lydia Capital, LLC