# UNITED STATES DISTRICT COURT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC and DAWSON & OZANNE, as Trustee of the Alvin Fischbach Irrevocable Trust,<br><br>Defendants. | Case No. 08-CV-0569-BTM (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS H. THOMAS MORAN, II, COURT-APPOINTED RECEIVER OF LYDIA CAPITAL, LLC, AND DAWSON & OZANNE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF AXA EQUITABLE LIFE INSURANCE COMPANY'S COMPLAINT** |

PURSUANT TO THE JOINT MOTION OF THE PARTIES, the Court hereby orders that the time for H. Thomas Moran, II, Court-Appointed Receiver of Lydia Capital, LLC, and Dawson & Ozanne to answer or otherwise respond to plaintiff's complaint is extended until August 29, 2008.

**IT IS SO ORDERED.**

Dated: July 17, 2008

_____
Hon. Barry Ted Moskowitz
United States District Court,
Southern District of California

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400531\1