```
MELVIN R. McVAY, JR., OK Bar No. 06096
SHANNON K. EMMONS, OK Bar No. 14272
PHILLIPS MCFALL MCCAFFREY MCVAY & MURRAH, P.C.
Corporate Tower / Thirteenth Floor
101 North Robinson
Oklahoma City, OK  73102
Telephone: (405) 235-4100
Facsimile:  (405) 235-4133
Email:   Mrmcvay@phillipsmcfall.com
         Skemmons@phillipsmcfall.com

Attorneys for Defendant
H. THOMAS MORAN, II, Court-Appointed
Receiver of LYDIA CAPITAL, LLC
```

# UNITED STATES DISTRICT COURT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC, and DAWSON & OZANNE, as Trustee of the Alvin Fischbach Irrevocable Trust,<br><br>Defendants. | Case No. 3:08-cv-00569-BTM (BLM)<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS H. THOMAS MORAN, II, AND DAWSON & OZANNE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF AXA EQUITABLE LIFE INSURANCE COMPANY'S COMPLAINT** |

Plaintiff AXA Equitable Life Insurance Company ("AXA Equitable") and Defendants H. Thomas Moran, II, Court-Appointed Receiver of Lydia Capital, LLC ("Mr. Moran") and Dawson & Ozanne hereby submit this Joint Motion for Extension of Time for Defendants Mr. Moran and Dawson & Ozanne to Answer or Otherwise Respond to Plaintiff's Complaint, and in support thereof, aver as follow:

1. On March 26, 2008, AXA Equitable filed its Complaint in this action.
2. On March 26, 2008, counsel for Mr. Moran signed a Waiver of Service of Summons and agreed to answer or otherwise respond to AXA Equitable's

Complaint by May 26, 2008. On April 30, 2008, counsel for Dawson & Ozanne signed a Waiver of Service of Summons and agreed to answer or otherwise respond to AXA Equitable's Complaint by May 27, 2008.

3. On May 1, 2008, counsel for Defendant Mr. Moran, provided counsel for AXA Equitable with information in his possession relating to the underlying claims.

4. On May 9, 2008, counsel for AXA Equitable provided counsel for Mr. Moran with information in its possession relating to the underlying claims.

5. Based on information exchanged by AXA Equitable and Defendants, AXA Equitable intends to amend its Complaint.

6. In addition, the parties are convening a settlement conference which may lead to a resolution of the issues presented in the litigation. The conference was originally scheduled for early August but had to be moved due to a scheduling conflict. The settlement conference is now scheduled for September 4, 2008.

7. In this light, and in order to allow the parties additional time to evaluate and discuss the underlying claims at issue, AXA Equitable, Mr. Moran, and Dawson & Ozanne respectfully move this Court for an extension until September 12, 2008 for Mr. Moran and Dawson & Ozanne to answer or otherwise respond to AXA Equitable's Complaint.

8. AXA Equitable, Mr. Moran and Dawson & Ozanne have previously requested, and the Court has granted, extensions for the defendants to answer or otherwise respond to AXA Equitable's Complaint.

///
///
///

1     WHEREFORE, AXA Equitable Life Insurance Company, Mr. Moran, and Dawson & Ozanne respectfully request that the Court grant this Joint Motion for an extension until September 12, 2008 for Defendants Mr. Moran and Dawson & Ozanne to answer or otherwise respond to Plaintiff's Complaint.

Dated: August 28, 2008

| | |
|---|---|
| */s/ James A. Tabb* | */s/ S. Fey Epling* |
| JAMES A. TABB (SBN 208188) | H. CHRISTIAN L'ORANGE (SBN 71730) |
| McKenna Long & Aldridge LLP | S. FEY EPLING (SBN 190025) |
| 750 B Street, Suite 3300 | Drinker Biddle & Reath LLP |
| San Diego, CA 92101 | 50 Fremont Street, 20th Floor |
| Telephone: (619) 595-5433 | San Francisco, California 94105-2235 |
| Facsimile: (619) 595-5450 | Telephone: (415) 591-7500 |
| E-mail: jtabb@mckennalong.com | Facsimile: (415) 591-7510 |
| | E-mail: christian.lorange@dbr.com |
| | E-mail: fey.epling@dbr.com |
| Attorneys for Defendant | Attorneys for Plaintiff |
| DAWSON & OZANNE | AXA EQUITABLE LIFE INSURANCE COMPANY |

    *Of Counsel*
        STEPHEN C. BAKER
        STEPHEN A. SERFASS
        JARROD D. SHAW
        DRINKER BIDDLE & REATH LLP
        One Logan Square
        18th & Cherry Streets
        Philadelphia, PA 19103-6996
        Telephone: (215) 988-2700

*s/ Shannon K. Emmons*
MELVIN R. McVAY, JR., OK Bar No. 06096
SHANNON K. EMMONS, OK Bar No. 14272
PHILLIPS MCFALL MCCAFFREY MCVAY & MURRAH, P.C.
Corporate Tower / Thirteenth Floor
101 North Robinson
Oklahoma City, OK 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
Email:   Mrmcvay@phillipsmcfall.com
         Skemmons@phillipsmcfall.com

and

RICHARD MAX VALDEZ
Sandler Lasry Laube Byer and Valdez
402 West Broadway
Suite 1700
San Diego, CA 92101
Telephone: (619) 235-5655
Facsimile: (619) 235-5648

Attorneys for Defendant
H. THOMAS MORAN II, Court-Appointed Receiver for Lydia Capital, LLC

I, Shannon Emmons, am the ECF User whose identification and password are being used to file this Joint Motion for Extension of Time. In compliance with Electronic Case Filing Administrative Policies and Procedures Manual Section 2, f. 4., I hereby attest that S. Fey Epling and James A. Tabb have concurred in this filing.

August 28, 2008

*s/ Shannon K. Emmons*
skemmons@phillipsmcfall.com

4