# UNITED STATES DISTRICT COURT OF CALIFORNIA
## SOUTHERN DISTRICT

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC, and DAWSON & OZANNE, as Trustee of the Alvin Fischbach Irrevocable Trust,<br><br>Defendants. | Case No. 3:08-cv-00569-BTM (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS H. THOMAS MORAN, II, AND DAWSON & OZANNE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF AXA EQUITABLE LIFE INSURANCE COMPANY'S COMPLAINT** |

PURSUANT TO THE JOINT MOTION FOR THE PARTIES, the Court hereby orders that the time for H. Thomas Moran, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC and DAWSON & OZANNE, as Trustee of the Alvin Fischbach Irrevocable Trust to answer or otherwise respond to Plaintiff AXA Equitable Life Insurance Company's Complaint is extended until September 12, 2008.

**IT IS SO ORDERED**

Dated:  August 30, 2008

_____
Honorable Barry Ted Moskowitz
United States District Court,
Southern District of California