MELVIN R. McVAY, JR., OK Bar No. 06096
SHANNON K. EMMONS, OK Bar No. 14272
PHILLIPS MCFALL MCCAFFREY MCVAY & MURRAH, P.C.
Corporate Tower / Thirteenth Floor
101 North Robinson
Oklahoma City, OK  73102
Telephone:  (405) 235-4100
Facsimile:  (405) 235-4133
Email:      Mrmcvay@phillipsmcfall.com
            Skemmons@phillipsmcfall.com

Attorneys for Defendant
H. THOMAS MORAN, II, Court-Appointed
Receiver of LYDIA CAPITAL, LLC

# UNITED STATES DISTRICT COURT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC, and DAWSON & OZANNE, as Trustee of the Alvin Fischbach Irrevocable Trust,<br><br>Defendants. | Case No. 3:08-cv-00569-BTM (BLM)<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS H. THOMAS MORAN, II, AND DAWSON & OZANNE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF AXA EQUITABLE LIFE INSURANCE COMPANY'S COMPLAINT** |

Plaintiff AXA Equitable Life Insurance Company ("AXA Equitable") and Defendants H. Thomas Moran, II, Court-Appointed Receiver of Lydia Capital, LLC ("Mr. Moran") and Dawson & Ozanne hereby submit this Joint Motion for Extension of Time for Defendants Mr. Moran and Dawson & Ozanne to Answer or Otherwise Respond to Plaintiff's Complaint, and in support thereof, aver as follow:

1. On September 4, 2008, the parties met to discuss settlement of this matter. AXA and the Receiver have reached a tentative settlement agreement and are in the process of negotiating the terms of the settlement agreement.

2. In this light, and in order to allow the parties additional time to conclude their negotiations, AXA Equitable, Mr. Moran, and Dawson & Ozanne respectfully move this Court for an extension until September 26, 2008 for Mr. Moran and Dawson & Ozanne to answer or otherwise respond to AXA Equitable's Complaint.

3. AXA Equitable, Mr. Moran and Dawson & Ozanne have previously requested, and the Court has granted, extensions for the defendants to answer or otherwise respond to AXA Equitable's Complaint.

WHEREFORE, AXA Equitable Life Insurance Company, Mr. Moran, and Dawson & Ozanne respectfully request that the Court grant this Joint Motion for an extension until September 26, 2008 for Defendants Mr. Moran and Dawson & Ozanne to answer or otherwise respond to Plaintiff's Complaint.

Dated: September 9, 2008

| | |
|---|---|
| */s/ James A. Tabb* | */s/ S. Fey Epling* |
| JAMES A. TABB (SBN 208188) | H. CHRISTIAN L'ORANGE (SBN 71730) |
| McKenna Long & Aldridge LLP | S. FEY EPLING (SBN 190025) |
| 750 B Street, Suite 3300 | Drinker Biddle & Reath LLP |
| San Diego, CA 92101 | 50 Fremont Street, 20th Floor |
| Telephone: (619) 595-5433 | San Francisco, California  94105-2235 |
| Facsimile: (619) 595-5450 | Telephone: (415) 591-7500 |
| E-mail: jtabb@mckennalong.com | Facsimile: (415) 591-7510 |
| | E-mail: christian.lorange@dbr.com |
| | E-mail: fey.epling@dbr.com |
| Attorneys for Defendant | Attorneys for Plaintiff |
| DAWSON & OZANNE | AXA EQUITABLE LIFE INSURANCE COMPANY |

*Of Counsel*
  STEPHEN C. BAKER
  STEPHEN A. SERFASS
  JARROD D. SHAW
  DRINKER BIDDLE & REATH LLP
  One Logan Square
  18th & Cherry Streets
  Philadelphia, PA  19103-6996
  Telephone: (215) 988-2700

*s/ Shannon K. Emmons*
MELVIN R. McVAY, JR., OK Bar No. 06096
SHANNON K. EMMONS, OK Bar No. 14272
PHILLIPS MCFALL MCCAFFREY MCVAY &
MURRAH, P.C.
Corporate Tower / Thirteenth Floor
101 North Robinson
Oklahoma City, OK  73102
Telephone:  (405) 235-4100
Facsimile:   (405) 235-4133
Email:        Mrmcvay@phillipsmcfall.com
                 Skemmons@phillipsmcfall.com

and

RICHARD MAX VALDEZ
Sandler Lasry Laube Byer and Valdez
402 West Broadway
Suite 1700
San Diego, CA 92101
Telephone: (619) 235-5655
Facsimile: (619) 235-5648

Attorneys for Defendant
H. THOMAS MORAN II, Court-
Appointed Receiver for Lydia Capital, LLC


I, Shannon Emmons, am the ECF User whose identification and password are being used to file this Joint Motion for Extension of Time.  In compliance with Electronic Case Filing Administrative Policies and Procedures Manual Section 2, f. 4., I hereby attest that S. Fey Epling and James A. Tabb have concurred in this filing.


September 9, 2008

*s/ Shannon K. Emmons*
skemmons@phillipsmcfall.com

00339897.DOC

4